IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

MICHAEL W. KATZMAN,          )
                                )
      Plaintiff,             )
                                )
vs.                            )      CASE NO. 3:17-cv-00625-TBR
                                )
EQUIFAX INFORMATION SERVICES  )
LLC, ET AL.,              )
                                )
      Defendants.         )

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Michael W. Katzman, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss with prejudice the above-referenced action against Defendant, Equifax Information Services LLC, only, who has neither filed an Answer nor Motion for Summary Judgment in this action.  Each party shall bear its own fees and costs.

This 18th day of January, 2018.

HEMMINGER LAW OFFICE, PSC

/s/ *David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
616 S. Fifth Street
Louisville, KY 40202
*Attorneys for Plaintiff Michael W. Katzman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kendall Carter
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

James B. Jackson
McGuire Woods LLP
PO Box 1228
310 Fourth Street, NE, Suite 300
Charlottesville, VA 22902

Sandra D. Jansen
Schuckit & Associates, PC
4545 Northwestern Drive
Zionsville, IN 46077

Collin R. Flake
Jones Day
901 Lakeside Avenue
Cleveland, Ohio 44114

Margaret J. Brannon
Jackson Kelly PLLC
175 E. Main St., Suite 500
Lexington, KY 40507

Dated: January 18, 2018.


                                        /s/ David W. Hemminger
                                        David W. Hemminger