# IN THE UNITED STATES DISTR1CT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
### *(ELECTRONICALLY FILED)*

| | |
|---|---|
| **MICHAEL W. KATZMAN,** | |
| **PLAINTIFF,** | |
| v. | **Case No. 3:17-cv-625-TBR** <br> **Senior Judge Thomas B. Russell** |
| **CREDIT ONE BANK, N.A.;** <br> **et al.;** | |
| **DEFENDANTS.** | |

## NOTICE OF SETTLEMENT

Plaintiff Michael Katzman ("Plaintiff") and Defendant Credit One Bank, N.A., ("Defendant"), hereby inform the court that they have reached an agreement in principle to resolve this case. The parties are in the process of completing the settlement requirements and anticipate filing a stipulation of dismissal with prejudice within thirty (30) days. Therefore, the parties agree that there is no need for this Court to take any substantive action in this matter as to the claims against Defendant at this time. The parties respectfully request the Court cancel the Federal Rule of Civil Procedure 26(f) conference currently set for March 9, 2017. ECF No. 22.

Dated: March 7, 2018

Respectfully submitted,                                    Respectfully submitted,

 /s/ *David W. Hemminger*                                 /s/ *J. Brian Jackson*
David W. Hemminger                                         J. Brian Jackson (KY ID No. 94146)
**HEMMINGER LAW OFFICE, PSC**                              **MCGUIREWOODS LLP**
616 South Fifth Street                                     310 Fourth Street N.E., Suite 300
Louisville, KY 40202                                       Charlottesville, VA 22902
T: 502-443-1060                                            T: 434-980-2221
*Hemmingerlawoffice@gmail.com*                             F: 434-980-2253
                                                           bjackson@mcguirewoods.com

*Attorney for Plaintiff*

*Attorney for Defendant Credit One Bank, N.A.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2018, a true and correct copy of the foregoing document was filed with the Court using the CM/ECF system, which will send a Notice of Electronic Filing to the parties of record.

                                                                            /s/ J. Brian Jackson